# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 13-7082**  **September Term, 2013**

1:02-cv-02476-RCL

Filed On: September 16, 2013 [1456787]

David Harvey, Individually and as Personal Representative of the Estate of Curtis Suggs,

       Appellee

   v.

District of Columbia,

       Appellant

------------------------------

Consolidated with 13-7090, 13-7101, 13-7111

## O R D E R

It is **ORDERED**, on the court's own motion, that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | October 29, 2013 |
| Appellees' & Cross-Appellants' Brief | November 29, 2013 |
| Appellants' Reply & Cross-Appellees' Brief | December 30, 2013 |
| Cross-Appellants' Reply Brief | January 13, 2014 |
| Deferred Appendix | January 21, 2014 |
| Final Briefs | February 4, 2014 |

All issues and arguments must be raised by appellants in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

Parties are strongly encouraged to hand deliver the paper copies of their briefs to

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-7082**                                          **September Term, 2013**

the Clerk's office on the date due. Filing by mail could delay the processing of the brief. Additionally, parties are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover, or state that the case is being submitted without oral argument. See D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk