# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 13-7082**  **September Term, 2013**

1:02-cv-02476-RCL

Filed On: October 3, 2013 [1459394]

David Harvey, Individually and as Personal Representative of the Estate of Curtis Suggs,

    Appellee

    v.

District of Columbia,

    Appellant

------------------------------

Consolidated with 13-7090, 13-7101, 13-7111

## O R D E R

    Upon consideration of appellants/cross-appellees' consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | December 2, 2013 |
| Appellees' & Cross-Appellants' Brief | January 31, 2014 |
| Appellants' Reply & Cross-Appellees' Brief | March 3, 2014 |
| Cross-Appellants' Reply Brief | March 17, 2014 |
| Deferred Appendix | March 24, 2014 |
| Final Briefs | April 7, 2014 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk