# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-7082                                              September Term, 2013

1:02-cv-02476-RCL

Filed On: November 12, 2013 [1465595]

David Harvey, Individually and as Personal Representative of the Estate of Curtis Suggs,

      Appellee

    v.

District of Columbia,

      Appellant

------------------------------

Consolidated with 13-7090, 13-7101, 13-7111

## O R D E R

Upon consideration of appellant/cross-appellee's consent motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | December 16, 2013 |
| Appellees' & Cross-Appellants' Brief | February 7, 2014 |
| Appellants' Reply & Cross-Appellees' Brief | March 10, 2014 |
| Cross-Appellants' Reply Brief | March 24, 2014 |
| Deferred Appendix | March 31, 2014 |
| Final Briefs | April 7, 2014 (unchanged) |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk